UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Saundra Ann Ferrell,

        Petitioner,

vs.                                                    ORDER ADOPTING
                                             REPORT AND RECOMMENDATION

Warden R. Rios,

        Respondent.                           Civ. No. 09-234 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Petitioner's Petition for a Writ of Habeas Corpus under Title 28 U.S.C. §2241 [Docket No. 1] is summarily dismissed.

    2.    That the Petitioner's Application for leave to proceed <u>in forma pauperis</u> [Docket No. 2] is denied, as moot.

DATED: March 13, 2009                          s/Michael J. Davis
At Minneapolis, Minnesota                  Michael J. Davis, Chief Judge
                                                      United States District Court